# Third District Court of Appeal

## State of Florida

Opinion filed February 3, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-285
Lower Tribunal No. 18-10789

————————

**Chantay Wallace,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Chantay Wallace, in proper person.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before SCALES, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.